Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Mathew M. Wrenshall (SBN 284466)
mwrenshall@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Training Systems Holding, LLC,
Robert McDaniel, and Tiffany Thomas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHIGLEY, an individual; KENNETH MOSER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BUSINESS BOOKKEEPING, LLC; TRAINING SYSTEMS HOLDING, LLC, JOSHUA KIMBALL, an individual; dba CPR PC REPAIR & SERVICES; CHRISTINA SEVILLA, an individual, dba CSP & ASSOCIATES; ROBERT MCDANIEL, an individual; TIFFANY THOMAS, an individual; TERESA GOLDBERG aka TAMMY POCKNETT, an individual dba SOFTWARE TRAINING COMPANY, SOFTWARE MANAGING SYSTEMS; RICHARD GOLDBERG, an individual; COMPUTER TRAINING CLASSES, LLC; CRAIG AUSTIN aka CHARLES EDWARD AUSTIN JR.; and DOES 7-50, inclusive,<br><br>Defendants. | Case No. **'13CV1700 CAB JMA**<br><br>**DEFENDANTS TRAINING SYSTEMS HOLDING LLC'S, ROBERT MCDANIEL'S, AND TIFFANY THOMAS'S CERTIFICATE OF INTERESTED PARTIES**<br><br>[Filed concurrently with:<br>  1.  Notice of Removal;<br>  2.  Corporate Disclosure Statement;<br>  3.  Civil Cover Sheet.] |

Defendants Training Systems LLC, Robert McDaniel, and Tiffany Thomas hereby certify that the following listed parties have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

INTERESTED PARTIES:

1. Plaintiffs Richard Shigley and Kenneth Moser.
2. Defendant Training Systems Holding, LLC.
3. Defendant Robert McDaniel
4. Defendant Tiffany Thomas
5. Defendant Joshua Kimball
6. Defendant Christina Sevilla
7. Defendant Teresa Goldberg aka Tammy Pocknett an individual dba Software Training Company, Software Managing Systems
8. Defendant Richard Goldberg, an individual
9. DeFendant Computer Training Classes, LLC
10. Defendant Craig Austin aka Charles Edward Austin Jr..

Defendants will correct and update this list if it is determined that additional entities must be disclosed.

DATED:  July 22, 2013            REED SMITH LLP

By      /s/ Mathew M. Wrenshall
    Abraham J. Colman
    Felicia Y. Yu
    Mathew M. Wrenshall
    Attorneys for Defendant
    *Training Systems Holding LLC, Robert McDaniel, and Tiffany Thomas*

CERTIFICATE OF INTERESTED PARTIES

# PROOF OF SERVICE
*Richard Shigley v. Training Systems Holding, LLC, et al.*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 22, 2013, I served the following document(s) by the method indicated below:

**DEFENDANT ROBERT MCDANIEL'S CERTIFICATE OF INTERESTED PARTIES**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| Daniel J. Williams<br>Law Offices of Daniel J. Williams<br>402 W. Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone: (619) 259-0285<br>Fax: (619) 923-3253<br>Email: djw2sd@gmail.com | Joshua Kimball<br>1608 Hillcrest Circle<br>Huntington Beach, CA 92648 |

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 22, 2013, at Los Angeles, California.

_____
Heather Valencia

REED SMITH LLP
A limited liability partnership formed in the State of Delaware