Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Felicia Y. Yu (SBN 193316)
fyu@reedsmith.com
Mathew M. Wrenshall (SBN 284466)
mwrenshall@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Training Systems Holding, LLC,
Robert McDaniel, and Tiffany Thomas

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHIGLEY, an individual; KENNETH MOSER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BUSINESS BOOKKEEPING, LLC; TRAINING SYSTEMS HOLDING, LLC, JOSHUA KIMBALL, an individual; dba CPR PC REPAIR & SERVICES; CHRISTINA SEVILLA, an individual, dba CSP & ASSOCIATES; ROBERT MCDANIEL, an individual; TIFFANY THOMAS, an individual; TERESA GOLDBERG aka TAMMY POCKNETT, an individual dba SOFTWARE TRAINING COMPANY, SOFTWARE MANAGING SYSTEMS; RICHARD GOLDBERG, an individual; COMPUTER TRAINING CLASSES, LLC; CRAIG AUSTIN aka CHARLES EDWARD AUSTIN JR.; and DOES 7-50, inclusive,<br><br>Defendants. | Case No. **'13CV1700 CAB JMA**<br><br>**DEFENDANT TRAINING SYSTEMS HOLDING, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Fed. R. Civ. Proc. 7.1, Civil Local Rule 40.2]<br><br>[Filed concurrently with:<br>1. Notice of Removal;<br>2. Civil Cover Sheet.<br>3. Certificate of Interested Parties] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –
DEFENDANT TRAINING SYSTEMS LLC'S CORPORATE DISCLOSURE STATEMENT

1 **TO THE CLERK OF THE SOUTHERN DISTRICT COURT OF**
2 **CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

3    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil
4 Rule 40.2, Defendant Training Systems Holding, LLC ("Training Systems") states
5 that it is not a publicly held corporation and that no publicly held corporation owns
6 10% or more of Training Systems.

9 DATED: July 22, 2013                REED SMITH LLP

10
                                      By ___/s/ Mathew M. Wrenshall_____
11                                       Abraham J. Colman
                                         Felicia Y. Yu
12                                       Mathew M. Wrenshall
                                         Attorneys for Defendants
13                                       *Training Systems Holding LLC, Robert McDaniel, and Tiffany Thomas*

– 2 –
DEFENDANT TRAINING SYSTEMS LLC'S CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE
*Richard Shigley v. Training Systems Holding, LLC, et al.*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 22, 2013, I served the following document(s) by the method indicated below:

**DEFENDANT TRAINING SYSTEMS HOLDING, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

Daniel J. Williams
Law Offices of Daniel J. Williams
402 W. Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 259-0285
Fax: (619) 923-3253
Email: djw2sd@gmail.com

Joshua Kimball
1608 Hillcrest Circle
Huntington Beach, CA 92648

*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 22, 2013, at Los Angeles, California.

*/s/ Heather Valencia*
Heather Valencia